JPML FORM 1

COURT SERIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

858   In re Passover Matzo Antitrust Litigation

| Date | No. | Description |
|---|---|---|
| 90/06/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- defts. The B. Manischewitz Corp. and The B. Manischewitz Sales Corp. for transfer of action w/Exhibits A thru D and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey (ds) |
| 90/07/03 | | APPEARANCES: DIANNE M. NAST, ESQ. for The Fresh Spot, Inc.; KENNETH A. JACOBSEN, ESQ. for Whitermarsh Shop N' Bag, Inc.; WILLIAM E. HAGGERTY, ESQ. for Barbara Rosen, t/a Mr. Deli and Mrs. Deli Too; LARRY D. DRURY, ESQ. for The Milk Pail, Inc.; THOMAS J. SPIES, ESQ. for B. Manischewitz Co. and The B. Manischewitz Sales Corp. (rh) |
| 90/07/16 | 2 | RESPONSE -- (To pldg. #1) The Milk Pail, Inc. -- w/cert. of svc. (received 7/16/90) (rh) |
| 90/08/22 | | HEARING ORDER -- setting motion of defendants The B. Manischewitz Corp. and The B. Manischewitz Sales Corp. for transfer for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/10/05 | | WAIVER OF ORAL ARGUMENT FOR 10/05/90 HEARING IN SAN FRANCISCO, CALIFORNIA -- All Waived (sg) |
| 90/11/07 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of New Jersey to the Hon. Harold A. Ackerman for pretrial proceedings (rh) |
| 90/11/07 | | TRANSFER ORDER -- Transferring A-4 to the District of New Jersey pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 858 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PASSOVER MATZO ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| October 5, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 7, 1990 | TO | Unpublished | D. New Jersey | Hon. Harold A. Ackerman | |

Special Transferee Information

DATE CLOSED: 8/19/91 D.

JPML FORM 1

LISTING OF INVOLVED ACTIONS

D. New Jersey
Hon. Harold A. Ackerman

DOCKET NO. 858 -- In re Passover Matzo Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Fresh Spot, Inc. v. B. Manischewitz Co. | N.J. Ackerman | 90-1146 (HAA) | | | 10/26/90 D | |
| A-2 | Whitemarsh Shop N'Bag, Inc. v. B. Manischewitz Co. | N.J. Ackerman | 90-1147 (HAA) | | | 6/14/90 D | |
| A-3 | Barbara Rosen T/A Mr. Deli and Mrs. Deli, Too v. B. Manischewitz Co. | N.J. Ackerman | 90-1160 (HAA) | | | 6/14/90 | |
| A-4 | The Milk Pail, Inc. v. The B. Manischewitz Co., et al. | Ill.,N. Duff | 90-C-2433 | 11-7-90 | 90-4436 | 8/19/91 D | |

*[handwritten notes:]* Feb 1990 - 1 TR/SXUS/2 Remaining
Feb 1991 - 3 [illegible] / Pending
July 1992 - 1 dis'l / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 858 -- In re Passover Matzo Antitrust Litigation

Co-Lead *Consolidated Action*
~~THE FRESH SPOT, INC. (A-1)~~
Dianne M. Nast, Esq.
Kohn, Savett, Klein & Graf, P.C.
1101 Market Street, Suite 2400
Philadelphia, Pennsylvania 19107

Co Lead
~~WHITEMARSH SHOP N' BAG, INC.~~ (A-2)
Kenneth A. Jacobsen, Esq.
Greenfield & Chimicles
One Haverford Centre
361 West Lancaster Avenue
P.O. Box 100
Haverford, Pennsylvania 19041-0100

BARBARA ROSEN T/A MR. DELI AND MRS. DELI
TOO (A-3)
William E. Haggerty, Esq.
Morgan, Hallgren, Crosswell & Kane, P.C.
P.O. Box 4686
700 North Duke Street
Lancaster, Pennsylvania 17604-4686

THE MILK PAIL, INC. (A-4)
Larry D. Drury, Esq.
Larry D. Drury, Ltd.
180 N. LaSalle #2416
Chicago, Illinois 60601


LIAISON COUNSEL
Charles A. Strenk, Esq.
Clemente, Strenk & Kiernan
13 Pine Street
P.O. Box 1127
Morristown, N.J. 07962-1127

B. MANISCHEWITZ CO.
THE B. MANISCHEWITZ SALES CORP.
Thomas J. Spies, Esq.
Walder, Sondak, Berkeley & Brogan, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 858 -- In re Passover Matzo Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| B. Manischewitz Co. | A-1, 2, 3, 4 |
| B & M Manischewitz Sales Corporation | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |