JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -7 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 858

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PASSOVER MATZO ANTITRUST LITIGATION

<u>The Milk Pail, Inc. v. The B. Manischewitz Co., et al.</u>, N.D. Illinois, C.A. No. 90-C-2433
<u>The Fresh Spot, Inc. v. The B. Manischewitz Co.</u>, D. New Jersey, C.A. No. 90-1146 (HAA)
<u>Whitemarsh Shop N'Bag, Inc. v. The B. Manischewitz Co.</u>, D. New Jersey, C.A. No. 90-1147 (HAA)
<u>Barbara Rosen T/A Mr. Deli and Mrs. Deli, Too v. The B. Manischewitz Co.</u>, D. New Jersey, C.A. No. 90-1160 (HAA)

TRANSFER ORDER*

This litigation consists of the four above-captioned actions pending in two federal districts as follows: three actions in the District of New Jersey and one action in the Northern District of Illinois. All parties to the actions either agree upon the desirability of, or do not oppose, transfer of the Illinois action to the District of New Jersey under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel finds, upon consideration of the papers submitted,[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the above-captioned action pending in the Northern District of Illinois be, and the same hereby is, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Harold A. Ackerman for coordinated or consolidated pretrial proceedings with the above-captioned actions already pending there.

FOR THE PANEL:

John F. Nangle
Chairman

---

\* Judge Fred Daugherty took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).